UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>GARFIELD TAYLOR, INCORPORATED, *et al.*,<br><br>    Defendants and Relief Defendants. | Case No. 1:11-CV-02054<br><br><br>JURY DEMANDED |

## THE PROPOSED SCHEDULING ORDER

Pursuant to the Court's May 7, 2012 Order, Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") and Defendant Benjamin C. Dalley and Relief Defendant Reverb Enterprises, LLC respectfully submit the following proposed scheduling order:

1. **Plaintiff SEC's Proposed Schedule:**

    a. The date by which any other parties shall be joined or the pleadings amended: 14 days after the issuance of the scheduling order.

    b. Discovery: All discovery to end on September 7, 2012.

    c. Dispositive motions: No later than October 12, 2012.

    d. Pretrial conference: December 12, 2012.

    e. Trial: January 14, 2013. The SEC anticipates that the jury trial will last approximately 5-7 days.

2. **Relief Defendant Reverb's Proposed Schedule:**

    a. Discovery: Fact discovery to end no earlier than on October 9, 2012, with expert discovery and discovery motions to continue until at least November 19, 2012.

    b. Dispositive motions: December 2012.

    c. Pretrial conference: January 2012, provided Court has ruled on dispositive motions.

    d. Trial: March 2012, again provided Court has ruled on dispositive motions.

**3. Defendant Dalley's Proposed Schedule:**

    a. Discovery: To last until the end of December 2012.

    b. Dispositive motions: 8 weeks after close of discovery.

    c. Pre-trial Conference: To be set after ruling on dispositive motions.

    d. Trial: To be set after pre-trial.

Dated: May 7, 2012

                                Respectfully submitted,

                                <u>/s/ Richard Hong</u>
                                Richard Hong
                                Attorney for Plaintiff
                                Securities and Exchange Commission

                                <u>/s/ with permission</u>
                                Benjamin C. Dalley, *Pro Se*
                                Defendant Benjamin C. Dalley

                                <u>/s/ with permission</u>
                                George R. A. Doumar
                                Attorney for Relief Defendant Reverb
                                    Enterprises, LLC

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was sent via e-mail and first class mail on May 7, 2012, to the following:

                        James S. Kurz, Esq.
                        Redmon Peyton & Braswell LLP
                        510 King Street, Suite 301
                        Alexandria, VA  22314
                        jkurz@alexffxlitigation.com
                        *Counsel for William B. Mitchell and Marketing and Financial Consultants, Inc.*

Mr. Garfield M. Taylor
6111 Rosemont Circle
Rockville, MD 20852
gterica@aol.com

Mr. Maurice G. Taylor
16904 Federal Hill Court
Bowie, MD 20716
cybertradermoe@comcast.net

Mr. Randolph Taylor
326 Independence Avenue, Apt. 6
Washington DC  20003
rantaylor@gmail.com

Mr. Benjamin C. Dalley
1328 Vermont Ave., NW
Washington, DC  20005
BenjaminCDalley@gmail.com

Gibraltar Asset Management Group, LLC
6111 Rosemont Circle
North Bethesda, MD 20852;

Benjamin C. Dalley
1328 Vermont Avenue, N.W.
Washington, DC 20005;

Jeffrey A. King
14010 Town Farm Road
Upper Marlboro, MD 20774;

The King Group, LLC
14010 Town Farm Road
Upper Marlboro, MD 20774; and

George R. A. Doumar, Esq.
Doumar Martin PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201
*Counsel for Relief Defendant Reverb Enterprises, LLC.*

/s/ Richard Hong
Counsel for Plaintiff SEC