# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>GARFIELD TAYLOR, INCORPORATED, GIBRALTAR ASSET MANAGEMENT GROUP, LLC, GARFIELD M. TAYLOR, BENJAMIN C. DALLEY, JEFFREY A. KING, RANDOLPH M. TAYLOR, MAURICE G. TAYLOR,<br>and<br>WILLIAM B. MITCHELL,<br><br>    Defendants,<br><br>    and<br><br>THE KING GROUP, LLC, MARKETING AND FINANCIAL CONSULTANTS, INC.,<br>and<br>REVERB ENTERPRISES, LLC,<br><br>    Relief Defendants. | Case No. 1:11-CV-02054-RLW<br><br>Jury Trial Demanded |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS GARFIELD M. TAYLOR, BENJAMIN C. DALLEY AND RANDOLPH M. TAYLOR AND RELIEF DEFENDANT <u>REVERB ENTERPRISES, LLC</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("the Commission" or "SEC") respectfully moves this Court for entry of summary judgment against Defendants Garfield M. Taylor ("Garfield Taylor"), Benjamin C.

1

Dalley ("Dalley"), Randolph M. Taylor ("Randolph Taylor"), and Relief Defendant Reverb Enterprises, LLC ("Reverb").

Summary judgment is appropriate in this case.  There is no genuine issue of any material fact and the Commission is entitled to a judgment as a matter of law against Garfield Taylor, Dalley, Randolph Taylor and Reverb on all claims in the Complaint.  The accompanying Plaintiff SEC's Statement of Material Facts as to Which There Is No Genuine Issue (Local Rule 7(h) Statement); its Memorandum of Points and Authorities in Support of this Motion; and Declaration of Richard Johnston, fully supported by exhibits, clearly establish that these Defendants defrauded investors through Garfield Taylor, Inc.'s and/or Gibraltar Asset Management Group, LLC's investment program(s).  In so doing, the Defendants violated, and aided and abetted violations of, the anti-fraud provisions of the federal securities laws.  Garfield Taylor also violated other provisions of the federal securities laws.  Finally, the Relief Defendant, Reverb, obtained illegal profits originating from the fraudulent scheme and to which it has no legitimate claim.

A proposed Order is attached.

Dated:  October 12, 2012

                                                                    Respectfully submitted,

/s/ Richard Hong
Richard Hong
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549
(202) 551-4431 (Hong)
Email:  hongr@sec.gov

Of Counsel:

Richard E. Johnston
Sarah L. Allgeier (D.C. Bar No. 990308)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent via e-mail and overnight mail on October 12, 2012, to the following:

James S. Kurz, Esq.
Redmon Peyton & Braswell LLP
510 King Street, Suite 301
Alexandria, VA 22314
jkurz@alexffxlitigation.com

Albert Wilson, Esq.
1325 G Street, NW, Suite 500
Washington, DC 20005

Maurice G. Taylor
16904 Federal Hill Court
Bowie, MD 20716
cybertradermoe@comcast.net

Randolph Taylor
326 Independence Avenue, Apt. 6
Washington DC 20003
rantaylor@gmail.com

George R. A. Doumar, Esq.
Doumar Martin PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201

Laurence Storch, Esq.
Pollack & Storch
1130 Connecticut Avenue, NW
Washington, DC 20008

John M. Clifford, Esq.
Stephanie J. Bryant, Esq.
Clifford & Garde, LLP
1707 L Street NW, Suite 500
Washington, DC 20036

/s/ Richard Hong
Counsel for Plaintiff SEC