# EXHIBIT 2

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
) File No. HO-11123-A
GIBRALTAR ASSET )
MANAGEMENT GROUP, LLC )

WITNESS: Garfield M. Taylor
PAGES: 1 through 168
PLACE: Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.
DATE: Monday, December 13, 2010

The above-entitled matter came on for hearing, pursuant to notice, at 9:42 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4     SARAH L. ALLGEIER, ESQ.
5     JENNIFER S. LEETE
6     RICHARD E. JOHNSTON, ESQ.
7     Division of Enforcement
8     Securities and Exchange Commission
9     100 F Street, N.E.
10    Washington, D.C. 20549
11    (202) 551-4757
12
13 On behalf of the Witness:
14    LITA T. ROSARIO, ESQ.
15    1100 H Street, N.W., Suite 315
16    Washington, D.C. 20005
17    (202) 628-1982
18
19
20
21
22
23
24
25

Page 3

1              CONTENTS
2
3  WITNESS:                           EXAMINATION
4  Garfield M. Taylor                      4
5
6  EXHIBITS    DESCRIPTION              IDENTIFIED
7   1     Form 1662                          5
8   2     Subpoena, 10/26/10                 9
9   3     Subpoena with Attachment, 9/21/10  23
10  4     Subpoena with Attachment, 11/23/10 29
11  5     Document Subpoena/w Attachment, 9/21  36
12  6     Document Subpoena/w Attachment, 11/23 36
13  7     Cover Letter/Subpoena, 11/23       39
14  8     Cover Letter/Subpoena, 9/21        39
15  9     Bank Account, Broker-Dealer List   55
16  10    GTI Finding Value                 156
17  11    Taylor Finding Value              156
18  12    Asset Management Group            157
19  13    Private Placement Memorandum      157
20  14    Amendments                        158
21  15    Statements 1/09 - 5/09            158
22  16    Form D                            159
23  17    Form D/A                          159
24  18    Document 06/12/08                 160
25

Page 4

1              PROCEEDINGS
2       MS. ALLGEIER: We're on the record at 9:42 a.m., on
3  Monday, December 13, 2010.
4       Mr. Taylor, if you'd please raise your right hand.
5  Whereupon,
6              GARFIELD M. TAYLOR
7  was called as a witness and, having been first duly sworn,
8  was examined and testified as follows:
9              EXAMINATION
10      BY MS. ALLGEIER:
11      Q  Okay. Please state and spell your full name for
12 the record.
13      A  It's Garfield M. Taylor, Garfield Mortimer Taylor,
14 G-a-r-f-i-e-l-d M-o-r-t-i-m-e-r T-a-y-l-o-r.
15      Q  Good morning, Mr. Taylor. My name is Sarah
16 Allgeier, and with me is Jennifer Leete and Richard Johnston.
17      A  Good morning.
18      Q  Good morning, and we are attorneys in the
19 Enforcement Division, and we're officers of the Commission
20 for purposes of this proceeding.
21      This is an investigation by the United States
22 Securities and Exchange Commission in the matter of Gibraltar
23 Asset Management Group, LLC, HO-11123, to determine whether
24 there have been violations of certain provisions of the
25 federal securities laws. However, the facts developed in

Page 53

1   A   Yes.
2   Q   Are you currently an officer or a director of a
3   publicly traded company?
4   A   No.
5   Q   Have you ever been an officer or director of a
6   publicly traded company?
7   A   No.
8   Q   Have you ever been associated with a broker-dealer?
9   A   Can you define "associated"? I mean --
10  Q   Have you ever worked for a broker-dealer?
11  A   Can I -- can I ask her a question?
12      MS. ALLGEIER: Yeah, we'll go off --
13      THE WITNESS: I worked -- I worked with Fannie Mae
14  I don't know if you consider that a broker-dealer. I just
15  worked at -- I worked at Fannie Mae.
16      BY MS. ALLGEIER:
17  Q   Okay. Fannie Mae, and --
18      MS. LEETE: They're not a broker-dealer.
19      THE WITNESS: They're not a broker-dealer. I just
20  want to be -- okay.
21      BY MS. ALLGEIER:
22  Q   Okay. Have you -- other -- so other than your
23  point about Fannie Mae --
24  A   Yes.
25  Q   -- were there any other broker-dealers -- were

Page 54

1   there broker-dealers that you were associated with in any way
2   as an employee, an independent contractor?
3   A   None that I can think of.
4   Q   What about investment advisors? Have you ever --
5   have you ever been associated with an investment advisor?
6   A   No.
7   Q   Okay. Do you currently own, directly or
8   indirectly, five percent or more of any class of equity
9   securities of a publicly traded company?
10  A   Do I own five percent?
11  Q   Five percent or more.
12  A   When you say five percent of total outstanding?
13  A   Yeah, of any class of equity securities.
14  A   No, I don't.
15  Q   Okay. Now, you asked a clarifying question there.
16  Is there a distinction you were drawing between outstanding
17  equity versus another form?
18  A   Not as -- I mean, I was trying to clarify the
19  question. I didn't (pause) --
20  Q   I just wanted to make sure I wasn't missing a
21  distinction that you're making in your mind regarding a
22  certain class of equity securities.
23  A   No.
24  Q   Okay. Have you ever owned five percent or more of
25  -- I'm going to ask the question specifically, if you don't

Page 55

1   mind -- of any class of equity security of any publicly
2   traded company?
3   A   No.
4       (SEC Exhibit No. 9 was marked for
5       identification.)
6       BY MS. ALLGEIER:
7   Q   Mr. Taylor, I have handed you what is marked as an
8   Exhibit 9, and it Exhibit 9 is a three-page document, and at
9   the bottom right-hand corner and on the -- and on the third
10  page it's somewhat on the top right-hand corner of the page,
11  we have a Bates number marked TAY00001 through TAY000
12      Mr. Taylor, do you recognize Exhibit 9?
13  A   Yes.
14  Q   And what is it?
15  A   These are just bank accounts, third party
16  broker-dealer, bank account name and -- name and account
17  number, personal and business and also a chart that the bank
18  had put together when I -- when these accounts were opened,
19  how they were set up.
20  Q   Okay, and did you prepare Exhibit 9?
21  A   No. I prepared the first two pages. The bank
22  has -- this was something the bank had prepared, not for
23  this. I've got receipt of when I opened. I had all the
24  accounts opened. I -- when I was doing my search, I came
25  across it, and I went it in to you.

Page 56

1   Q   Now, you're referring to the last page of Exhibit
2   9.
3   A   Yeah, it's the last page. I didn't prepare this.
4   Q   Okay, and with respect to the first two pages that
5   you did prepare, when did you prepare that document?
6   A   I don't know what approximate date, but right after
7   I got this, I was subpoenaed, and when it was supposed to be
8   sent in. Between those, that time frame.
9   Q   And did anybody assist you in preparing --
10  A   No, they didn't.
11  Q   And you said for the last page of Exhibit 9, this
12  was a document you did not prepare. If you could explain
13  that.
14  A   When my accounts were opened with M&T, the manager
15  put together this to identify all my accounts and how they
16  were tied together from person to business or whatever
17  because, you know, this was just put together. I didn't --
18  it makes it more clear in my mind how -- how -- how it's set
19  up.
20  Q   Okay. From January 2005 to the present, have you
21  owned or controlled any accounts other than those listed on
22  Exhibit 9?
23  A   Everything except for what I had mentioned earlier,
24  the -- the credit union account.
25  Q   Okay. And from January 2005 to the present, has

Page 73

1  Q   Okay. Was any account used for a reserve account
2  for Gibraltar?
3      Not in theory where it says "Gibraltar Asset
4  Management Group reserve account." It did not -- there was
5  not an account set up like that.
6  Q   Was there an account that was set up in a different
7  name that was used as a Gibraltar reserve account?
8  A   In -- it wasn't set up, but -- but -- but funds
9  were -- were -- were used out of the operation account to --
10 I mean, we really used these accounts that we have to pay the
11 bills or to repay lenders or whatever it is that we did.
12 Q   Okay. So I guess I'm unclear still as to whether
13 or not there was an account that was used as a reserve
14 account for Gibraltar.
15 A   And what I'm saying, that the operation account was
16 where we just -- where we kept funds and we, you know, paid
17 out of that any -- any -- any principal payback to the
18 lenders.
19 Q   And I guess I was under the impression that there
20 was -- a reserve account was something distinct. You
21 mentioned a reserve account, and I was thinking that -- and
22 let me just finish my question so we can be on the same page
23 as to why I keep following up because I'm a little unclear.
24     You had mentioned a reserve account, and so we were
25 asking about the different reserve accounts for the different

Page 74

1  companies, and so I guess I wanted to get to the idea of what
2  company had a reserve account and how that might be different
3  than the operations account. So let me say right now we're
4  on Gibraltar.
5  A   Okay.
6  Q   Did Gibraltar have a reserve account?
7  A   Indirectly it did.
8  Q   Okay, and what account was that?
9  A   The one that is the Hillcrest account that --
10 that -- it has to do with ownership, you know, of --
11 Gibraltar owned part of Hillcrest. So the reserve that was
12 set up for Hillcrest was part of the Gibraltar account. That
13 is the best way that I can say that.
14 Q   So other than the Hillcrest account, was there an
15 account that was used as a reserve account for Gibraltar?
16 A   Not a formal reserve account, no.
17 Q   Okay. On an informal basis?
18 A   When you say "informal," what I -- what I look at
19 is if a client or -- I'm sorry -- a lender was -- was -- was
20 being repaid, it would come out of the operating account. It
21 wouldn't come out of the reserve account.
22 Q   And just so we can be clear, what do you mean by a
23 reserve account?
24 A   A reserve account to me would have been an account
25 where funds would sit and used for reserve purposes.

Page 75

1  Q   And what are reserve purposes?
2  A   If necessary, if we had to pay it out of that to
3  repay lenders, if you took losses in the market and you
4  needed to capitalize, you could probably utilize funds from
5  the reserve to keep business -- keep your business going.
6  Q   Okay. So other than the Hillcrest account --
7  A   That was the only --
8  Q   -- and -- and the -- I'm sorry -- and the operating
9  account, were there other accounts that were used as reserve
10 accounts for Gibraltar?
11 A   No.
12 Q   What about Garfield Taylor, Incorporated? Did it
13 have an account that it used as a reserve account?
14 A   Just the operating account, the same.
15 Q   Was the Hillcrest reserve account used as a reserve
16 account for Garfield Taylor, Incorporated?
17 A   It wasn't used. I would say no.
18 Q   Was it ever informally used as a reserve account
19 for Garfield Taylor, Incorporated?
20 A   I would say, no, it wasn't.
21 Q   All right. Garfield Taylor, Incorporated no longer
22 has a bank account with Bank of America; is that correct?
23 A   Yes.
24 Q   And why was that account closed?
25 A   I think they closed it.

Page 76

1  Q   And why did they close it?
2  A   I have no idea. They never said why or whatever.
3  They held deposits for, you know, all -- all of our -- all of
4  my personal accounts and including my kids' accounts, and you
5  know, it was -- they never -- I tried to find out why, when,
6  how, and they didn't give a reason.
7  Q   They didn't --
8  A   I would -- well, no.
9  Q   And when did that happen?
10 A   Probably around February or March, I think, of
11 2009. I'm not -- I'd have to go back and check to see when
12 it actually happened.
13 Q   And how did you come to find out that Bank of
14 America had made a decision to close your accounts?
15 A   They -- they just -- you k now, I mean, they
16 just -- I didn't know what -- what was -- what was happening
17 at all. I just -- I just knew that they closed it. They
18 held my funds for -- for a while, and then they released
19 them, and we decided they -- some of the accounts were closed
20 up. They also -- I don't know. They still -- there are some
21 other accounts open, and I think we went and just, you know,
22 withdrew whatever was on there and closed it.
23 Q   Did you receive a letter from Bank of America
24 advising or informing you that the accounts were being
25 closed?

Page 81

1    A    No.
2    Q    Okay. So would you like to answer?
3    A    Okay. These were these individuals' personal
4    accounts which I occasionally traded, and we -- we had an
5    agreement of how, you know, they would -- when I made money
6    for them, they'd split the profit with me. They knew all
7    the -- you know, the checks that were paid to me personally
8    from my recollection -- from my recollection, and that's what
9    those were.
10   Q    So was it the same arrangement for all three
11   individuals?
12   A    Yes.
13   Q    All right. So was your arrangement -- maybe I
14   should ask it to you without assuming the answer.
15        Describe the arrangement that you had with Mr.
16   Mullings, Mr. Turner and Ms. Kersey.
17   A    They wanted -- they wanted to make money. They
18   wanted to -- to -- you know, there was a -- there was, I
19   think, a 50-50 split on whatever we -- whatever was made.
20   Q    And how would money be made in their account?
21   A    By trading the account.
22   Q    And did you trade the account?
23   A    Yeah, at times I did.
24   Q    Did anybody else trade the account?
25   A    I'm not 100 percent sure if sometimes -- it's their

Page 82

1    account. They could have traded.
2    Q    but you were entitled to 30 percent of the profits
3    from the account regardless of who traded?
4    A    Didn't discuss that part. It would assume that
5    what I -- whatever I -- if I traded.
6    Q    Okay, and how would you trade their accounts?
7    A    When you say "how" what do you --
8    Q    What were the mechanics of the trade?
9    A    I went into the marketplace. I purchased. I did
10   research. I -- whatever I purchased, what I thought was
11   feasible and, you know, bought and sold, made money or --
12   (pause).
13   Q    What was the avenue in which you entered the
14   marketplace? Did you work through their brokerage accounts?
15   A    Yeah, through their -- their brokerage accounts.
16   Q    And so if you could just walk us through the
17   process there. Would you --
18   A    I would just -- you know, they actually made
19   their -- their password and user ID available, and I just,
20   you know, went in and did what they wanted me to do.
21   Q    So you would use their password and user ID to
22   access their accounts. Would that be online?
23   A    Yes. They would -- they would provide that to me.
24   Q    And did you execute transactions in any way other
25   than online?

Page 83

1    A    Only online.
2    Q    Okay, and I believe you said you would -- you would
3    do what they asked you to do. Would they ask you to place
4    certain trades or would you come with your own ideas and
5    place trades?
6    A    I would have my own ideas, but sometimes, I mean, I
7    did more than they did, but if they had an idea it wouldn't
8    go -- you know, I'd listen to what they wanted me and I would
9    tell them if it was a good idea or not, and I'd research or
10   do whatever I need to do.
11   Q    About how often would Mr. Mullings, Mr. Turner or
12   Ms. Kersey come to you with their own ideas for trades?
13   A    Not -- not very often -- not as -- not often.
14   Q    Do you recall an instance Mr. Mullings came to you
15   with an idea for his trade?
16   A    Sometimes an idea might be maybe buy less of this
17   or more of this or something like this. You know, it didn't
18   have to be them telling me this stock is good or whatever or
19   it was more -- it was more or less just -- you know, or
20   maybe -- maybe I might call them and say, "Hey, it's here.
21   What do you want to do?" and they might say -- I might --
22   they might say, "Take the profits," or whatever.
23   Q    And what do you mean "it's here"?
24   A    Meaning that we're making X amount of dollars. Do
25   you want to take -- do you want to take it or do you want it

Page 84

1    to sit another day or sit a few more hours and see? I think
2    it's going to go one way or another. That's -- that's --
3    Q    Okay. So let's just focus specifically on Mr.
4    Mullings.
5    A    Un-huh.
6    Q    Do you recall an incidence when Mr. Mullings came
7    to you with his own idea about a trade?
8    A    Not per se about a trade.
9    Q    Okay.
10   A    I can't recall one, but you know, I don't think
11   that he says -- he said, "Go buy this," or, "buy that."
12   Q    Okay. Do you recall something more generally, that
13   Mr. Mullings came to you with an idea?
14   A    Just what I had mentioned before, that, you know,
15   how long to stay in or maybe he might have said, "Why don't
16   we get out now? It's up X amount of dollars," or something
17   like that.
18   Q    And I'm not trying to quibble with words, but when
19   you say "he might have said," are you recalling an instance
20   where he did say that?
21   A    I am saying, you know, we talked to each other
22   while certain things were going on, while certain trades
23   were -- were in place.
24   Q    Okay, and do you recall any specific time frame or
25   trades that this is --

Page 97

1  Q  Are you currently a member?
2  A  My company was a member. I'm not sure if we're
3  still because it's a paying membership. I'm not sure we
4  didn't pay our membership fee probably.
5     Also, I mean, this is a long time ago, but when I
6  got my MBA, I was a member of the National MBA, like MBA
7  group in the area or the organization.
8  Q  Okay.
9  A  That's pretty much it.
10 Q  Okay. So now we're going to walk through your
11 employment history.
12 A  Un-huh.
13 Q  And I guess we'll start with the present and work
14 backwards --
15 A  Yeah.
16 Q  -- towards high school.
17 A  Okay.
18 Q  Okay. So at present?
19 A  I work for the -- and GTI. You know, I was the
20 chairman and president of both -- not both. I was a CEO of
21 Gibraltar.
22 Q  COO?
23 A  No, the CEO.
24 Q  I'm sorry. The CEO, Chief Executive Officer?
25 A  Yeah.

Page 98

1  Q  And what about Garfield Taylor, Incorporated?
2  A  I was CEO and president.
3  Q  Okay. Are you currently employed by any other
4  entity?
5  A  No.
6  Q  Okay. Do you currently serve as a consultant to
7  any other entities?
8  A  Not right now.
9  Q  Okay, and previously?
10 A  Not since the -- not sine 2005 and up.
11 Q' Right, and this kind of goes back in time to high
12 school. So this questions has a broader scope than --
13 A  Well, not -- I mean, I used to -- to run -- I
14 was -- ran a program at Fannie Mae called Access. It covered
15 minority investment banking firms, small firm, women, women
16 and minority women owned investment banking firms, to help
17 develop that, and when I left Fannie Mae, I might have
18 consulted for one or two -- one guy. He's deceased right
19 now -- one or two, and it was, you know, 2001, September the
20 11th, and a lot of those firms were -- it wasn't a viable
21 business because they were in trouble also.
22 Q  So that was the 2001 time frame?
23 A  It was back like around two -- when I wasn't
24 working at Fannie Mae anymore.
25 Q  Okay, and when did you begin your position as the

Page 99

1  CEO and president of Garfield Taylor, Incorporated?
2  A  I think it was early 2000
3  Q  Okay.
4  A  That I incorporated and, you know, started a
5  business.
6  Q  And for Gibraltar?
7  A  I think it was 2008. I'm not sure what date we
8  actually incorporate or developed the LLC.
9  Q  Okay. So prior to becoming the CEO and president
10 of Garfield Taylor, Incorporated?
11 A  I worked for Fannie May for 15 years prior to that.
12 Q  Okay. Fifteen years. So that takes you --
13 A  To 1985.
14 Q  When did you begin?
15 A  '85.
16 Q  1985 you began, and could you walk us through
17 please the titles that you held at Fannie Mae?
18 A  I started in as an associate analyst, I guess, in
19 credit policy. Then I went to -- they had a new reporting
20 systems, this schedule, schedule payments and that, whatever,
21 and I did a lot of seminars all over the country on that, and
22 also I worked with the Investor Reporting Units.
23    After that I went to the Treasurer's Office, and I
24 ran the -- through the -- I ran the minority women owned
25 program they call Access, and then I -- then I -- then I

Page 100

1  was -- managed, managing the Short Term Funding Desk. That
2  was my last job there.
3  Q  When did you begin managing the Short Term Funding
4  Desk?
5  A  It was -- you know, I was -- actually I was part --
6  part doing Access and part doing that, and when the manager
7  left, I was the person that knew how to do it. So they -- I
8  was informally, you know, managing the desk for a while, and
9  after that, I left.
10 Q  Okay. So I guess I'm not -- still not clear on the
11 time frame. About when did that begin?
12 A  I'm not -- I'm not -- I'm really not clear,
13 pinpoint on all of that because everything happened
14 internally and, you know, in the 1998. I don't know. I'm
15 just saying approximately. I'm not sure.
16 Q  About how long did you manage the short term
17 funding desk?
18 A  When you -- when the manager that was there left, I
19 was the one doing it, and then -- I don't know -- for about
20 six months, maybe more, and then -- then we got somebody to
21 co-manage it with me, and after that time, we -- we -- we
22 left. So probably for about a year, maybe a little bit less
23 than a year.
24 Q  And what were your responsibilities?
25 A  Issuing short term debt, one year and in; you know,

Page 113

1  Q  Okay, so let's just take 2006, do you have a
2  recollection about 2006 as far as how successful your options
3  trades were?
4  A  That I did well. In 2006, you know there were some
5  good -- there were some decent trades there, I remember some
6  Google trades that did pretty well for me. I believed in
7  what I was doing.
8  Q  Do you have a sense for what the return was in 2006
9  on options trades?
10 A  I didn't go through it in that sense time, but -- I
11 didn't go into that at all. I was just mostly covering
12 whatever I owed the lenders, debt service and doing whatever
13 -- you know, I was trying to make sure I covered my debt
14 service and covered any principal pay back to the lenders.
15 Q  If you were just covering your debt service and
16 paying principal pay back to the lenders, how were you making
17 money?
18 A  The way -- if I were trading with a base of "X"
19 amount of dollars in January. In January, I made a couple
20 hundred thousand dollars, and I paid my debt service and I
21 paid out to whoever works for us or myself. And it didn't
22 mean that that -- because we didn't take funds at the end of
23 the year and netted it, so when you were making money at this
24 point over here, it's -- you know, you made the money but the
25 next month is another month, another cycle, and you went

Page 114

1  through. If I lost money that cycle, then I would still have
2  to make my debt service payment because these were loans.
3  These weren't -- I considered this as a loan, that's the way
4  I -- that's what I saw, a loan. We pay it back. We go
5  through whatever process that we needed to. And you might
6  make money in March or you might lose in February or you know
7  that is the way it went. I just believed this was -- this is
8  what I should be doing. That's, I mean I thought that this
9  was a way to go.
10 Q  Okay, so in 2007 you thought --
11 A  I can't remember in 2007. You know, I mean some
12 time, I'm not sure what 2000 looked like. I can't -- I'm not
13 sure if we -- like I said, you make money and overall, you
14 know, revenues are revenues. We look at what we made. We
15 totaled the revenues up, and then maybe later on in the year
16 we lose -- we were making money, at some times we probably,
17 we were really well and then all of a sudden if it goes the
18 other way, then it goes the other way.
19 Q  Okay. So did you -- you did not track your returns
20 in --
21 A  In a rate of return type like what you were saying
22 of financial statement, that type of thing. We mainly just
23 -- at the end of the year, I just add up, I just add up all
24 of the profits, add up all our losses in those statements
25 that I sent to you. And we would look at that, and I would

Page 115

1  know that that is the amount of money, the revenues we made,
2  the sum of losses we took, and we just kept going.
3  Q  So I just want to be clear so I understand. Year
4  to year you didn't track your rate of return with respect to
5  your options trading, is that correct?
6  A  I would say I wouldn't do it in a -- it wasn't a
7  formal matter. It was more for dollar number that I would
8  look at it. It wasn't like I got 20 something percent return
9  or a 50 percent return because at certain times, the return
10 was unbelievable and sometimes it went, you know, these
11 expiration dates, you lose money, so it wasn't. I would
12 track, if I was tracking, I'm looking at month by month.
13 Q  Okay, and you had mentioned in there too that you
14 would -- if you had money to cover a call, you would do that
15 --
16 A  I would say that was my ultimate goals that I
17 wanted to do, that was the strategic way that I wanted to do
18 that business, but you can't stay in a mode when things are
19 changing around you. And when volatility is down, and I
20 looked at when option premiums were "X" amount of dollars of
21 certain securities for certain stocks, I should say, and
22 where they were at the time of what we were going through
23 with the economic crisis that we were going through, those
24 premiums dropped to a minimal, so you can't make the same
25 kind of returns that you were paying out because it just

Page 116

1  wasn't going to work. So you had to change your strategic
2  thinking as to how you were going to do it. It is just like
3  any other businessperson, you looked at what was going on,
4  you try to, you know, to make sure that you have enough
5  flexibility to make different, you know, to switch if you had
6  to.
7       But the ideal situation was -- but, as you know,
8  covered calls was expensive because you have got to purchase
9  -- you've got to purchase stocks and sell the calls against
10 it and manage it to expiration.
11 Q  And when did you start doing covered calls?
12 A  It was a desire to do it when, so we -- that's --
13 we knew what it required, it was very capital intensive to do
14 that, and we were trying to get to that point. And when we
15 tried to get to that point, we did -- we had to switch
16 strategic thinking because of the markets. And I made the
17 decision, I made the decision on how to -- when to switch or
18 what to do, I made those decisions.
19 Q  Was there a period of time when you were doing
20 covered calls?
21 A  We did just a small amount of covered calls. If I
22 can recollect, I can go back and look. We can look at the
23 reports and see where covered calls were done or that
24 strategy was utilized. But for the most part, we did more
25 buying and selling of puts and calls. I mean not selling but

Page 117

1  just buying, buying puts and buying calls.
2       MS. ALLGEIER: Okay.
3       BY MR. JOHNSTON:
4    Q   I think it would also help, just to make sure we
5  are creating a clear record, that when you say -- when you
6  are talking about specific trading, that you are specific
7  about whether you are talking about GTI or whether you're
8  talking about Gibraltar or both, just so we're clear on what
9  we're talking about.
10   A   Well, we did the same type of trading for both. We
11  were trying to or I was trying to direct us to -- you know,
12  direct these and making money -- and I want to make it clear,
13  we weren't trading for any individual or anybody. We
14  borrowed some money, and we paid them an interest rate. That
15  interest rate was a fixed interest rate. We paid it on a
16  monthly basis. We had interest, we divided by 12 and wrote
17  them a check because this is the way people wanted to get
18  paid. You know, we weren't trading for them or investing for
19  them. That's what I'm saying. I borrowed money -- these
20  loans, I mean we also did other things. We did some
21  renovations in the district and construction stuff. At one
22  time we did -- I tried to get -- diversify, get cars, high
23  end cars, that we would buy and try to sell. So it wasn't --
24  the monies that we collected, it wasn't -- we did a lot of
25  trading, but it wasn't the only things that we did.

Page 118

1  And maybe -- my intent or my intentions are this is
2  a loan, this is a loan. I didn't know that I had to be a --
3  to do all -- to say that these are securities because I
4  didn't -- I know it is not an excuse, but I did not know that
5  loans, that I couldn't write -- couldn't write a loan, if
6  somebody wanted to loan me money, you know. And most people
7  came to me. I didn't, I didn't go to them. So they came to
8  me. I was trying to help them. I didn't try to take
9  anybody's money. I gave them more than what I had. I didn't
10  take anything. I ripped into two years, and I didn't -- I
11  tried to stay -- the lion's share of what I had. You can
12  look, it's right there. You see, it is in the paperwork. I
13  loss money, and I paid out a lot of money to people. That's
14  what happened.
15      MS. ALLGEIER: Mr. Taylor, would you like to take a
16  break?
17      MS. ROSARIO: Let's take a break.
18      MS. ALLGEIER: Okay, we're off the record at
19  2:02 p.m.
20      (A brief recess was taken.)
21      MS. ALLGEIER: We're back on the record at
22  2:09 p.m. And, Mr. Taylor, during the break, the staff did
23  not have any substantive discussions with you or your
24  attorney, is that correct?
25      THE WITNESS: No.

Page 119

1       MS. ROSARIO: Correct.
2       THE WITNESS: Correct.
3       MS. ALLGEIER: Thank you.
4       BY MS. ALLGEIER:
5    Q   Okay, so, Mr. Taylor, we were talking about the --
6  going through -- walking through the years and the profits
7  year to year and revenues, and you were mentioning that in --
8  you don't have a recollection in 2005 and '06 as to returns.
9  And this period of time we're talking about Garfield Taylor,
10  Incorporated only, is that correct?
11   A   What I'm going to do is start to take the Fifth on
12  this.
13   Q   Okay. Well, if I may, I'm going to go ahead and
14  read the script.
15      Mr. Taylor, and I'm going to read this directly, I
16  am not authorized to compel you to give evidence or testimony
17  as to which you assert your privilege against self
18  incrimination, and I have no intention of doing so. In
19  addition, I do not have the authority to compel your
20  testimony by granting you immunity from prosecution. Any
21  question that I ask hereafter will be with the understanding
22  that if you wish to assert your privilege, you need merely to
23  state that you refuse to answer on the grounds that your
24  answer might incriminate you. In other words, you are not
25  compelled to answer any question -- any further questions if

Page 120

1  you believe that a truthful answer to the question might show
2  that you committed a crime, and you wish to assert your
3  privilege against self-incrimination. Accordingly, if you
4  answer any questions, you will be doing so voluntarily. Do
5  you understand this?
6    A   Yes.
7    Q   You should be aware that if you refuse a question
8  based on your Fifth Amendment privilege, a judge or a jury
9  may take an adverse inference against you in a civil action
10  that the SEC may determine to bring against you. That means
11  that the judge or jury will be permitted to infer that your
12  answer to the questions might incriminate you. Do you
13  understand this?
14   A   I understand.
15      MS. ALLGEIER: Okay. We can go off the record at
16  2:12 p.m.
17      (A brief recess was taken.)
18      MS. ALLGEIER: Back on the record at 2:21 p.m. And
19  while we were on the break, we had a brief substantive
20  conversation with Ms. Rosario where she indicated that there
21  may be some categories of questions that Mr. Taylor would
22  answer and feel comfortable answering without asserting his
23  Fifth Amendment privilege against self incrimination. And so
24  we're going to be asking some questions to follow up on that.
25  But, Mr. Taylor, please know that with each question I ask,

30 (Pages 117 to 120)

## Page 137

1  Q  Okay. I'm still a little unclear and so I would
2  like to go back to the property on 13th Street.
3  A  Mm-hmm.
4  Q  And what was done there. You said that GTI, is
5  that correct, had done some work on the 13th Street project?
6  A  Yes, we did the renovation, the renovation on it.
7  Q  GTI did the renovation?
8  A  Yes.
9  Q  And did the 13th Street LLC pay you for -- pay GTI
10 for the work that it did?
11 A  They were supposed to but because the money was
12 paid, I did not -- that's when I -- the only thing that I
13 could do was -- I'm trying to think, I'm trying to make sure.
14 We did the -- I mean GTI did the renovations, and this was --
15 you know, the property was actually supposed to be sold. And
16 when the property wasn't able to be sold, then I had -- there
17 was no way of recouping my fees for the construction monies
18 that I had put out. And at that point, that's when the
19 ownership thing, where I get part of that ownership but it
20 would have been in within the realm of the LLC. There were
21 -- there was a mortgage hold on that property also. So it's
22 just -- it was supposed to be sold.
23 Q  So did you get an ownership interest in 13th
24 Street?
25 A  I got an ownership interest and subsequently was

## Page 138

1  given back to them, you know, for other reasons that's not --
2  you know, it wasn't any -- because this year I was having
3  cash flow problems to keep up with the building, not me, but
4  they were. Taxes were due and things like that, and we were,
5  you know, we were having a rough time. You know, I have to
6  give up the -- my ownership to -- back to Mr. Dalley's dad,
7  to try to liquidate, I was trying to liquidate.
8  Q  Did Mr. Dalley's dad own the building?
9  A  No, but at the time, Ben owned part of the
10 building, and, you know, when Mr. Dalley was a client in
11 Gibraltar, so we had to work out a deal because I needed the
12 funds, and that's the only way I could liquidate the building
13 at that time because if it wouldn't have -- it would have
14 been in a negative situation, it would have been upside down.
15 Q  Okay, I'm not following the thread there. So, Mr.
16 Dalley, I'm assuming you mean Mr. Dalley is Ben Dalley's
17 father?
18 A  Yes, yes.
19 Q  Okay, he was a client in Gibraltar?
20 A  And we worked out a deal, part of the funds that we
21 had for him, with some cash, we would give him the ownership
22 of the property because I could not -- it was -- it was, you
23 know, it could have been taken in a tax sale and I owned --
24 it wasn't my responsibility to pay it. I was just trying to
25 collect my money from the construction. And when I -- when

## Page 139

1  things were going the way they were going, I had to liquidate
2  in order to get capital. And that was one of the things that
3  I was trying -- I was trying to liquidate, some of our --
4  some of the things like that that I could actually utilize to
5  do, you know, other things that I had to do.
6  Q  During what period of time did you have an
7  ownership interest in 13th Street?
8  A  Probably in the -- I don't know when -- when they
9  couldn't pay me the fees, the amounts, then I said -- then
10 that's when I -- I can't recall. I can't recall exactly
11 when, but I can go back and look at that.
12 Q  Did you have an ownership interest in 13th Street
13 this year, in 2010?
14 A  I think earlier I did. I think earlier -- I think
15 earlier this year is when we did our -- did -- earlier this
16 year, prior to -- right after, I think it was -- it was after
17 March, March of -- because something significant happened in
18 March that impeded us a whole -- a great deal.
19 Q  What was that?
20 A  Well, you know, I did -- when I did my research,
21 and we would pick a stock that we were going to do or look at
22 earnings and pay earnings, and it happened to be Goldman,
23 when you guys came in and, you know, I was long on Goldman on
24 that Friday. I thought I was going to make some money. I
25 mean I just happened to be -- Goldman had to be the stock.

## Page 140

1  They were going to report earnings, and I knew that it was
2  going to be, you know, big dollars based on research and
3  looking back to some of the days before that. And I loaded
4  up and just waiting for Tuesday morning for earnings. So
5  Friday morning, you guys come in and charge them with the
6  other stuff. And I was -- I'm not saying the victim or
7  whatever, but I owned it. And I think people who owned
8  Goldman were the victim. That caused me to spiral down. I
9  mean that's why I had to go do certain things because I
10 thought that we had a certain amount of dollars in my pocket
11 -- in the coffers.
12       MS. ALLGEIER: Let's go off the record at 2:54 p.m.
13       (A brief recess was taken.)
14       MS. ALLGEIER: Back on the record at 2:58 p.m. Mr.
15 Taylor, during the break, neither you nor your attorney had
16 any substantive conversations with the staff, is that
17 correct?
18       THE WITNESS: No.
19       MS. ALLGEIER: Is it correct?
20       THE WITNESS: That is correct, we didn't.
21       MS. ALLGEIER: Is it correct that we had no
22 substantive conversations during the break?
23       THE WITNESS: That's correct.
24       MS. ALLGEIER: Okay, I think we have a proposed
25 structure for moving forward.

Page 145

1   A   You know, I'm thinking -- because we owe on these
2   loans, then it's negative.
3   Q   The net worth is negative?
4   A   Yes, yes.
5   BY MS. ALLGEIER:
6   Q   Okay. So what -- does GTI have assets?
7   A   Not anything that would be -- just furnishings that
8   we might own in the office, which is very, very minuscule.
9   You know --
10  BY MS. LEETE:
11  Q   So there is no real estate --
12  A   There is no real estate, there is -- used to --
13  well, that's pretty much -- yes.
14  BY MS. ALLGEIER:
15  Q   What about -- well, I should stick with GTI. What
16  are GTI's current liabilities?
17  A   I will take the Fifth on this.
18  Q   So you are asserting your Fifth Amendment privilege
19  against self-incrimination?
20  A   Yes, yes.
21  Q   Is GTI currently receiving revenue or money coming
22  into its accounts from any source?
23  A   No.
24  Q   What have been GTI's primary sources of revenue and
25  money coming in, starting -- well, we will start in January

Page 146

1   of 2005 and move forward.
2   A   Trade. Trade profits and any construction or --
3   Q   Did GTI have any other businesses that generated
4   revenue to the company, other than trading and construction?
5   A   We didn't have -- we had made a revenue -- we were
6   doing some cars and that didn't -- you know, I tried to
7   diversify that and to do some of those, but they didn't work
8   out the way that I wanted to.
9   Q   Okay. And just so I'm clear, in this line of
10  questioning I am just trying to get a sense of money coming
11  in the door. So, if it -- if that money nets out to
12  negative --
13  A   Then --
14  Q   Well, include it in this line of questioning. I
15  just want to get a sense for the source of money coming in
16  the door, even if, ultimately, it's not profitable.
17  A   Yes.
18  Q   If the money came in the door, that's a source of
19  revenue that we would be interested in. So, gross
20  receipts --
21  A   Okay.
22  Q   So, other than trading profits, construction, and
23  cars, did GTI have other sources of income from January
24  2005 -- oh, sorry, other sources of revenue from January 2005
25  to the present?

Page 147

1   A   I can't -- look, I can't remember, you know. I
2   would have to look, just to make sure.
3   Q   And what percentage of revenues would you say
4   trading profits represent?
5   A   I don't know the exact number, but it was a high,
6   very high percent.
7   Q   And do you have a sense for the percentage of
8   revenue that the construction business represented?
9   A   No, it was very high percent in trading, and
10  everything else was, you know, very small. The construction
11  market, it was -- it dwindled away.
12  Q   Since January 2005 -- from January 2005 to the
13  present, what have been GTI's largest expenses?
14  A   I'd say in interest payments to our lenders.
15  Q   What was GTI's approximate net profits for 2005?
16  A   I don't remember.
17  Q   Okay. What were GTI's approximate net profits for
18  2006?
19  A   I don't remember, either.
20  Q   Where were GTI's net profits for -- approximate net
21  profits -- for 2007?
22  A   I'd have to look at, you know -- I mean I would
23  have to look. I don't remember.
24  Q   Do you recall whether GTI's -- do you recall
25  whether GTI was profitable in 2007?

Page 148

1   A   I'm not absolutely sure. I mean when you say
2   "profitable," does it mean -- to what degree of profitability
3   are we talking about? Is it $1,000, $35,000, $100,000? I
4   don't know. I would have to look. I can't -- I'm not going
5   to --
6   Q   Well, for purposes of this question I am not asking
7   you to -- because you already said you don't recall the
8   number.
9   A   Yes.
10  Q   But do you recall that it was net profitable --
11  A   I can't --
12  Q   -- in 2007?
13  A   I can't recall.
14  Q   Do you recall if GTI was profitable in 2008?
15  A   I'm not -- we haven't done any tax returns, so I
16  wouldn't know. And I'm not sure. I would look at P&L, but
17  can't remember exactly where we are.
18  Q   And by looking at a P&L, is there a document that
19  tracks profitability?
20  A   Yes, just for the trading part.
21  Q   For trading?
22  A   Yes.
23  Q   Okay. And you said the taxes have not been filed
24  for 2008 for GTI?
25  A   Yes, or 2009.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

REPORTER'S CERTIFICATE

I, _Sonia Gonzales_, reporter, hereby certify that the foregoing transcript of __166__ pages is a complete, true, and accurate transcript of the testimony indicated, held on _December 13_ at _9:42 am_.

in the matter of: _Gibraltar Asset Management Group LLC_

I further certify that this proceeding was recorded by me, and that the foregoing transcript has been prepared under my direction.

Date: _12/16/10_

Official Reporter: _Sonia Gonzales /ncm_

Diversified Reporting Services, Inc.