# EXHIBIT 3

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

# GIBRALTAR

## ASSET MANAGEMENT GROUP

*All financial projections set forth here are forward looking statements and should not be relied upon for investment decisions.*

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

EXHIBIT
40-1123
12
12/13/0

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

# Gibraltar Asset Management Group

A team of experienced professionals ...

- Led by financial managers who have built a strong reputation in facilitating the financial needs of its clients, including individuals, corporations, builders, and real estate professionals throughout the DC metro area.

- Comprised of financial professionals with over 30 years of experience in the equity market, investment banking, and financial management.

... With strong, client oriented values

- A client oriented investment group dedicated to personal client service.

- A financial management company built on changing the way Americans think about managing their money <u>and</u> creating wealth.

- We help our clients build wealth and manage their investments through the diversification of their assets in low-risk, profitable investment opportunities.

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

3

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



## Our Private Placement

- Gibraltar offers private equity firms and individual investors an opportunity to earn a consistent yield on their investments, while offering the security of liquidity, as their principal is held by our third party broker/dealer as cash or stocks and overseen by an outside independent accountant.

- Gibraltar implements a proprietary investment trading strategy that, based on independent research and our past experience, offers a low risk, high yield alternative to mutual funds, index funds, and other investment options.

- Our investors are offered the right to subscribe for placement of their loans with the Company pursuant to a Private Placement Memorandum provided for by Regulation D, Rule 506 of the Securities Act of 1933, that will offer our investors 15-20% annual return.

GIBRALTAR
ASSET MANAGEMENT GROUP

4

*Making your money work for you.*

GAM00080

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

## Our Investment Strategy

By implementing our proprietary Covered Call strategy, our managers pay below market value for thousands of premium, brand name stocks, giving our investments unparalleled downside protection, yet allowing us to obtain profits if the stock price increases, doesn't move at all, or even goes down.

GIBRALTAR
ASSET MANAGEMENT GROUP

5

Making your money work for you.

GAM00081

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

**GIBRALTAR** ASSET MANAGEMENT GROUP

## Gibraltar's Option strategy works in any market

- Gibraltar6 managers make money trading equity options in UP, DOWN or SIDEWAYS markets. Risk is <u>ALWAYS LIMITED</u>.

- Gibraltar managers are able to still profit trading equity options <u>IN SPITE OF</u> interest rate fluctuations, inflation, deflation, or any political considerations.

- Gibraltar managers make *consistent monthly cash flow* trading stock options, our way.

- Our team of professional equity option traders has over 30 years of trading experience; meaning, we know what to do <u>EVERY STEP</u> of the way!

- The beautiful thing about our equity option trading strategy is that we totally control our downside risk.

6

*Making your money work for you.*

GAM00082

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



GIBRALTAR
ASSET MANAGEMENT GROUP

# Options Basics

- A *call option* gives the owner the right, but not the obligation, to *buy* something, while a *put option* gives the owner the right, but not the obligation, to *sell* something.

  - *Call options* are a "guess" that the price of the shares will increase.
  - *Put options* are a "guess" that the share price will decrease.

- The price you pay today to buy an option is called the *option premium*.

- Companies themselves do not issue options; an options market creates the product and the trading rules

- The specified price at which the underlying asset can be bought or sold is called the *strike price*, or *exercise price*.

- An *American option* can be exercised anytime up to and including the expiration date.

*Making your money work for you.*

7

GAM00083

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



# Covered Calls

Gibraltar reduces its risk with a Covered Call investment strategy

- With covered calls you're simply making two simultaneous transactions.
  - You're *buying* the stock
  - You're *selling* the call option attached to that stock back into the market.
- The money you receive for the option is added to your trading account, in effect, discounting the price you paid for the stock.
- The stock is held in the same brokerage account from which the investor writes the call, and fully collateralizes.

Advantages of Covered Call Options:
  - Buyers take considerably less risk than just purchasing stock
  - Sellers receive the option premium of the call
  - A great risk management strategy
  - If the contract expires, the seller can sell the calls in the next period to bring in additional premiums.

GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you*

8

GAM00084

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



GIBRALTAR
ASSET MANAGEMENT GROUP

# There are two ways to trade options

## To Buy

- Options allow a buyer to control the underlying shares for a fraction of the price of the actual shares.

- For example, it might cost you $100,000 to buy 1,000 shares of General Motors, but you purchase the options to buy the right to the same 1,000 shares of General Motors for $2,000 or $3,000 by using options.

## To Sell

- You can buy options to either sell or buy shares at a predetermined price.

- Or you can generate income by selling options against the quality holdings in your portfolio (the Gibraltar technique).

*We don't buy options to sell to client.*

9

*Making your money work for you.*

GAM00085

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

GIBRALTAR
ASSET MANAGEMENT GROUP

## Gibraltar's strategies offer enormous downside protection

- By selling covered calls on the stocks we own, we are able to buy into great companies "at a discount" while giving us serious downside protection

- If we buy a stock at 15% Discount*, we have profits of …
  - 5% if a stock goes down 10%.
  - 15% if the stock does nothing.
  - 25% if the stock goes up 10%.

* "Discount" = Premium received on sale of call.

### Example



Price

$115 — Exercise Price

$110 — 10% Increase

$100

$85 — Discount Price

10% Decrease

Intrinsic Protection (+)

Time

*Making your money work for you.*

GAM00086

10

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

## All of the studies have reached the same conclusions ...

- In 2006 Callan Associates, an investment services consulting firm, published a study that concluded:
  - The buy-write index strategy offered superior risk-adjusted returns over the last 18 years, generating a return comparable to that of the S&P 500 with approximately two-thirds of the risk.
  - The buy-write index consistently outperformed the S&P 500 in all periods of declining equity markets, demonstrating the return cushion provided by income from writing the calls.

- There has been a lot of research on buy-write strategies (Robert Whaley's research, the Ibbotson Associates consulting firm's 2004 study, Callan Associate's 2006 study, Schaeffers Research and the CBOE, among others) and they ALL draw the same conclusion:



*Buy-write strategies offer lower volatility, higher yields and outperform other investment strategies in most market environments except for ... "up as to go"*

GIBRALTAR
ASSET MANAGEMENT GROUP

11

*Making your money work for you.*

GAM00087

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



# How our investment strategy works?

## An Example

GAM00088

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

## *Covered Call Example*

- Assumptions
  - Gibraltar raises $5M from Private Equity Funding.
  - This example uses a stock called Research in Motion (RIMM), but the process will be done using a diversified portfolio of stocks from different sectors with the same characteristics.
  - Example:
    - Research in Motion Limited (RIMM) Stock purchased at $100 per share.
    - Based on an option premium bid of $11.40 on March 13th, 2008 with 37 days to expiration. The expiration date is April 19th, 2008.



GIBRALTAR

*Making your money work for you.*

13

GAM00089

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



# How We Make Money for our Clients

GIBRALTAR

$5M from Private Equity

Quarterly Debt Service on $5M is $250,000 @ 20% annual rate of return

Funds are deposited into at our third party broker dealer (Charles Schwab).

This action will result in $570,000 deposited in Gibraltar's trading account (50,000 shares X $11.40 = $570,000)

Gibraltar's purchases 50,000 shares of RIMM Stock @ $100.00 per share, which is equivalent to the $5M cash deposited.

Gibraltar sells RIMM April 19th Covered Calls with Strike Price @ 100.00 and the option premium of $11.40. Trader will hit the bid at $11.40

14

Making your money work for you.

GAM00090

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



# Managing Market Risk

- There are 37 days left in the expiration period to manage all market risks.
- There are three different scenarios involved: RIMM can only do three (3) things:

Go Up

Stay the same

Go Down

Price

$111.40   Strike price

$100

$88.60   Break even price

(+)

Time (37-days)

GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

15

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



**Stock price goes up**

Whenever the underlying stock goes up this is an opportunity for Gibraltar to make additional money.

Stock price increases $20.00 before April 19th

Option buyer exercises the right to purchase the stock for $100, event though the current market price would be $120

The option buyer pays Gibraltar $5M cash and Gibraltar Keeps the option premium paid.

Gibraltar's trading account will now be worth $5.570 million in cash

This is an opportunity for Gibraltar because we can use the cash to purchase 50,000 more shares of another stock with the same characteristics

We would then sell the call on the new 50,000 shares and make an additional $570k.

Gibraltar can make $1.14M in cash in less than 37 days

GIBRALTAR
ASSET MANAGEMENT GROUP

Making your money work for you.

16

GAM00092

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



## Stock price stays the same

If the stock price remains the same at $100 until the April 19th expiration date, the call options will expire worthless.

Gibraltar's trading account will now be worth $5.570 million in stock and cash

**$5M of the RIMM stock plus the $570K received from the call option premiums

The process would then be repeated for the next options period.

Gibraltar can make $570,000 even if the share price stays the same.

GIBRALTAR
ASSET MANAGEMENT GROUP

17

*Making your money work for you.*

GAM00093

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



## Stock price goes down

RIMM goes down by $5.70 before April 19th. (Expiration Date) Stock is worth $97.15.

Assuming the delta equals 1, the option premium that we received from the option buyer ($11.40 per share) would now be reduced to $2.85.

This would result in Gibralta realizing half of the call premium income amount of $427,500.

**This is an opportunity for Gibraltar because this action makes the stock uncollateralized.

Gibraltar is now able to sell the calls on the same stock at the $100.00 strike price and receive another $570k.

When the stock price went down we were able to make $427.5k + $570k = $997.5k.

When the stock price goes down, Gibraltar can make $997,500.

GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

18

GAM00094

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

# Why our investment strategy works:

*Active Management*

*Dedicated Research*

*Disciplined stock selection*

GIBRALTAR
ASSET MANAGEMENT GROUP

19

*Making your money work for you.*

GAM00095

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

*We actively manage our portfolio. This generally allows us to make money even if the stock price decreases*

- Establish a stop-loss price for the stock.
  - If the stock hits stop-loss price, we can have a contingency order in place that automatically enters a market order to sell the stock.
  - As soon thereafter as possible (almost simultaneously), we enter a market order to close (buy back) the call option we sold earlier.

- **Roll the option position:**
  - We may buy back the call we sold earlier and sell a new option.
  - Because the price of the stock has fallen, we are able to buy back the call for a fraction of the premium price.
  - Our overall net loss will be very small.

- **Collar Strategy:**
  - We may purchase a protective put and sell a covered call on the stock.
  - The premium received from writing the call offsets the cost of the put, and gives us downside put protection.

GIBRALTAR

20

*Making your money work for you.*

GAM00096

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

## Our team performs daily research on stock, economic, and company performance

*High-quality shares are a critical part of the Gibraltar strategy to produce maximum returns.*

- We buy high performing stocks that we consider fundamentally undervalued franchise names in strong sectors:
  - Good earnings
  - Low debt
  - Strong market share.
- Select Stock:
  - Discernable, tradable pattern
  - High Volatility
  - 500,000 or more Shares Per Day Price
  - Greater than $20 dividends add value to strategy
- Deep-in-the-money calls:
  - Opportunities where buyers are willing to pay a high premium to own the stock at near or below where it's priced.
- We don't chase highly speculative stocks!!!

Gibraltar aims to diversify its equity among the top 5 sectors

GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

21

GAM00097

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



Our past winners have been some of the top companies in each industry

Coca-Cola +29%

Apple +136%

NATIONAL OILWELL VARCO +143%

Baidu +254%

PEAI +175%

intel +32%

MERCK +35%

GIBRALTAR

22

Making your money work for you.

GAM00098

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



# The advantages of investing with Gibraltar

**GIBRALTAR** ASSET MANAGEMENT GROUP

*Making your money work for you.*

23

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



*Gibraltar offers its clients a place for their money, which we believe is safer, better, and more efficient than the typical investment option*

- **Maintain your principal.** Like an endowment, your principal will stay intact.
- **Liquidity.** Your money is either in stocks or cash at any given time.
- **Performance-based; not fee-based.**
- **Low Risk.** The Gibraltar program utilizes proven, low-risk strategies.
- **Wisdom of Professional Management.** 30 Years of professional investment experience, and a full team of experienced investment managers with a proven track record.
- **Personal service.** We treat all of our clients as preferred customers, offering all of our clients the "Preferred Services" for which other investment firms charge extra.
- **Economies of scale.**
- **No Dilution.** Mutual funds and other large funds generally have such small holdings of so many different stocks that great performance by a fund's top holdings still doesn't provide great returns.
- **No transaction fees.**
- **No Buried Costs.** Many investment companies specialize in burying their costs and in hiring salesmen who do not make those costs clear to their clients.
- **Oversight by outside independent accountant.** Accounts are monitored by outside independent accountant.

GIBRALTAR
ASSET MANAGEMENT GROUP

24

*Making your money work for you.*

GAM00100

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



We believe we offer a low-risk, high-return investment option compared to other investment options

There is usually a BIG trade off between risk and return which is illustrated in the graph below.

**Risk**

**Yield**

| 10 Year T-Note 1-2% | Agency Securities 2-3% | Index Funds 5-7% | Mutual Funds 6-8% | GIBRALTAR 15-20% | Real Estate Investments 110-120% | Emerging Market 150% | Drilling for Oil |

Making your money work for you.

GAM00101

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



Gibraltar's accounting procedure is designed with checks and balances

**Third Party Broker Dealer**
(Charles Schwab)

Charles Schwab receives funds from Gibraltar Operating Account

**Gibraltar**
Internal Compliance

Gibraltar sends copy of TPPV subscription to independent accountant

Gibraltar sends funds (collateral) to third party broker dealer

**Outside Independent Accountant (OIA)**

OIA verifies and confirms Gibraltar subscription principal amounts

OIA verifies and reconciles amounts with Charles Schwab and creates report for Gibraltar

26

Making your money work for you.

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



**GIBRALTAR** ASSET MANAGEMENT GROUP

Gibraltar implements a profit protection strategy to ensure that gains are not lost in the market

Gibraltar sweeps its profits daily by our CIO to protect gains in the market and not put profits at risk

The profits are channeled through Gibraltar's operations and accounting team.

Forty percent (40%) of the profits go into our operating account to pay for overhead (bills, salaries, debt service, etc.).

Sixty percent (60%) of the profits go to build our reserve account at M&T bank to ensure its clients' principal balances are maintained.

CIO sweeps profits from trading account

Operating Account 40% ~$228,000

Reserve Account 60% ~$342,000

Profits $570,000

27

Making your money work for you.

GAM00103

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



*How to invest in our PPM*

GIBRALTAR
ASSET MANAGEMENT GROUP

28

*Making your money work for you.*

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



Gibraltar's legal team has created a Private Placement Memorandum (PPM) for the offering of securities to potential investors.

- The PPM, as required by Section 4(2) of Securities Act of 1933 Regulation D, is a disclosure document regarding the nature, character and risk factors relating to the offering.
- The PPM will be given to each investor prior to making the investment, and the subscription process is as follows:

Interested subscribers will be given a numbered copy of the PPM.

Interested subscribers will have five (5) business days to review the PPM and either subscribe or return the PPM.

The subscriber will sign the subscription agreement and forward funds to Gibraltar.

Incoming checks or wire transfers, subscription agreements, and executed suitability documents will be reviewed for acceptability by the firm, and forwarded to the 3rd party agent.

Confirmations will be sent immediately to the subscriber upon acceptance, to the registered representative, and a file copy will be retained (e.g. a copy of the Subscription Documents.)

Subscribers will receive quarterly payments and statements from Gibraltar

GIBRALTAR
ASSET MANAGEMENT GROUP

Making your money work for you.

29

GAM00105

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.

# Gibraltar can help clients earn significant returns on its investment portfolio

- Gibraltar provides its clients an average of 20% return on their investment.
- Many of our clients have used this income to save for college or retirement, or just create additional income.

**GIBRALTAR**
ASSET MANAGEMENT GROUP

Investment @ 20% Annual Return

| Initial Investment | Quarterly Interest Return | Total Interest Return - End of Year 1 | Total Interest Return - End of Year 2 | Total Interest Return - End of Year 3 |
|---|---|---|---|---|
| $ 500,000 | $ 25,000 | $ 100,000 | $ 200,000 | $ 300,000 |
| $ 600,000 | $ 30,000 | $ 120,000 | $ 240,000 | $ 360,000 |
| $ 700,000 | $ 35,000 | $ 140,000 | $ 280,000 | $ 420,000 |
| $ 800,000 | $ 40,000 | $ 160,000 | $ 320,000 | $ 480,000 |
| $ 900,000 | $ 45,000 | $ 180,000 | $ 360,000 | $ 540,000 |
| $ 1,000,000 | $ 50,000 | $ 200,000 | $ 400,000 | $ 600,000 |
| $ 1,100,000 | $ 55,000 | $ 220,000 | $ 440,000 | $ 660,000 |
| $ 1,200,000 | $ 60,000 | $ 240,000 | $ 480,000 | $ 720,000 |
| $ 1,300,000 | $ 65,000 | $ 260,000 | $ 520,000 | $ 780,000 |
| $ 1,400,000 | $ 70,000 | $ 280,000 | $ 560,000 | $ 840,000 |
| $ 1,500,000 | $ 75,000 | $ 300,000 | $ 600,000 | $ 900,000 |
| $ 1,600,000 | $ 80,000 | $ 320,000 | $ 640,000 | $ 960,000 |
| $ 1,700,000 | $ 85,000 | $ 340,000 | $ 680,000 | $ 1,020,000 |

Making your money work for you.

GAM00106

CONFIDENTIAL TREATMENT REQUESTED BY SHULMAN ROGERS, ET AL.



*Questions?*

Contact:

## Gibraltar Asset Management

3408 Wisconsin Ave NW, Suite 212
Washington, DC 20016
(202) 362-3802

*Making your money work for you.*

GIBRALTAR

GAM00107