# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:11-cv-2054 (RLW) |
| v. ) ) | |
| **GARFIELD TAYLOR INCORPORATED,** ) **et al.,** ) ) | |
| Defendants. ) | |

## Order

Upon consideration of Defendant Benjamin Dalley's Consent Motion to Enlarge time by two days for filing the Joint Pretrial Statement and the parties' respective oppositions to motions *in limine*,

It is **ORDERED** that the Motion to Enlarge Time is **GRANTED**, and

It is further **ORDERED** that the Parties shall file their Joint Pretrial Statement, and their respective oppositions to motions in limine on or before November 29.

Date:   November 26, 2012.

_____
HON. ROBERT L. WILKINS
UNITED STATES DISTRICT JUDGE