UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>GARFIELD TAYLOR, INCORPORATED, GIBRALTAR ASSET MANAGEMENT GROUP, LLC, GARFIELD M. TAYLOR, BENJAMIN C. DALLEY, JEFFREY A. KING, RANDOLPH M. TAYLOR, MAURICE G. TAYLOR,<br>and<br>WILLIAM B. MITCHELL,<br><br>    Defendants,<br><br>    and<br><br>THE KING GROUP, LLC, MARKETING AND FINANCIAL CONSULTANTS, INC.,<br>and<br>REVERB ENTERPRISES, LLC,<br><br>    Relief Defendants. | Case No. 1:11-CV-02054-RLW<br><br>Jury Trial Demanded |

**ORDER GRANTING PLAINTIFF SEC'S MOTION
FOR SUMMARY JUDGMENT AGAINST RELIEF DEFENDANT REVERB
<u>ENTERPRISES, LLC</u>**

    PRESENTLY BEFORE this Court in this cause is Plaintiff Securities and Exchange Commission's (the "SEC") Motion for Summary Judgment (Docket No. 43) against Relief Defendant Reverb Enterprises, LLC ("Reverb");

HAVING FULLY CONSIDERED said Motion, and Reverb's stipulation at the December 11, 2012 hearing that to resolve this matter it would consent to a judgment entered against it in the amount set forth below, this Court hereby finds that the SEC is entitled to judgment;

IT IS HEREBY ORDERED that summary judgment is entered against Reverb (with respect to the Eighth Claim of the SEC's Complaint) and that Reverb is liable for disgorgement for approximately $165,635, representing profits gained as a result of the conduct alleged in Complaint (the Eighth Claim of the SEC's Complaint).

**SO ORDERED.**

Dated: December 13, 2012.

_____
HON. ROBERT L. WILKINS
UNITED STATES DISTRICT JUDGE